FROHLICH & HAGER, INC., et al., Respondents, v. AMALGAMATED PROPERTIES, INC., Appellant.

Supreme Court, Appellate Term, First Department, October 28, 1943.

See headnote, 181 Misc. 127.

*James Brodeur* for appellant.

*Samuel Isaacson* for respondents.

Order affirmed, with ten dollars costs and disbursements.

SCHMUCK, McLAUGHLIN and HECHT, JJ., concur.